ADAM FROMMER, PLAINTIFF, v. GEORGE J. RIESTER, DEFENDANT.

Decided June 7, 1923.

**Damages—Adequacy of.**

On plaintiff's rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices SWAYZE and TRENCHARD.

For the plaintiff, *Harlan Besson.*

For the defendant, *Congleton, Stallman & Hoover.*

PER CURIAM.

The only question to be considered in this case is the amount of damages. The jury allowed $350. Whether this was adequate or inadequate depends upon the view taken of the medical testimony.

We see no reason to justify us in setting aside the verdict of the jury. Let the rule be discharged.